## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): 11/19/19

2. Deadline for first request for production of documents and first request for interrogatories: 12/13/19

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) ____ ; defendant(s) ____

3. Date for completion of any joinder of additional parties and amendment of the pleadings: 12/13/19

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) ____ ; defendant(s) ____

4. Number of depositions by plaintiff(s) of: parties 2 ; non-parties TBD

5. Number of depositions by defendant(s) of: parties 1 ; non-parties TBD

6. Date of status conference (joint status report due two business days in advance): ____

7. Date for completion of factual discovery: 5/15/20

8. Are expert witnesses needed? Yes ___ No ___ TBD

8(a). Number of expert witnesses, if any, of plaintiff(s): medical ____ ; non-medical ____

8(b). Date for completion of those expert reports: TBD

8(c). Number of expert witnesses, if any, of defendant(s): medical ____ ; non-medical ____

8(d). Date for completion of those expert reports: TBD

9. Date for completion of expert discovery: 6/15/20

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): ____

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions: Motion for Summary Judgment on or before 6/15/20

3

12. Types of contemplated dispositive motions by defendant(s) and dates for filing of those motions:   *Motion for Summary Judgment on or before 6/15/20*

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)   Yes ___ No ✓

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)   Yes ___ No ✓

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do not indicate which party declined.)   Yes ___ No ✓

4