# SIM & DEPAOLA, LLP

Attorneys-at-Law
42-40 Bell Boulevard, Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

December 2, 2019

**VIA ECF**
Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
255 Cadman Plaza E
Brooklyn, New York 11201

      Re:    Naseer Ahmed v. MRS Baking Distribution Corp., et al.
               Docket No. 19-cv-03989 (DLI)(JO)

Dear Honorable Orenstein,

    We hereby submit this letter in response to the Order dated November 19, 2019. Please be advised that the Plaintiff will not seek to certify the instant matter as a collective action.

                                                                       Respectfully submitted,

                                                                       */s/ Samuel C. DePaola, Esq.*

                                                                       Samuel C. DePaola, Esq.

Cc.    All Counsel (via ECF)