

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Matthew Cohen
Mcohen@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

March 5, 2020

**VIA ECF**
Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, New York 11201

    Re: *Naseer Ahmed v. MRS Baking Distribution Corp., et. al.*
       Case No. 19-cv-03989 (DLI)(JO)

Dear Judge Orenstein:

  We are counsel for Defendants MRS Baking Distribution Corp., Ira Lampert, and Steve Borg in the above-referenced matter. We write, jointly with counsel for Plaintiff, to respectfully request that this matter be referred to mediation.

           Respectfully submitted,
           Kaufman Dolowich & Voluck, LLP

           Matthew Cohen

cc: All Counsel of Record (via ECF)

4846-7245-7398, v. 1