# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

July 8, 2020

**VIA ECF**
Honorable James Orenstein, U.S.M.J.
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Naseer Ahmed v. MRS Baking Distribution Corp., et al.*
                  Docket No. 19-cv-03989 (DLI) (JO)

Hon. Orenstein,

      The parties hereby respectfully submit this joint status letter, pursuant to the Court's individual rule of practice.

      The parties participated in a mediation conference on July 1 2020, which failed to result in settlement, although it was helpful in other ways. Absent the possibility of any imminent settlement, the parties intend to proceed with discovery, pursuant the Court's most recent order, dated, June 4, 2020.

      Thank you for your consideration of the above.

                                            Respectfully submitted,

                                            /s/ *Samuel C. DePaola*
                                            Samuel C. DePaola, Esq.
                                            sdepaola@simdepaola.com

CC:    All Counsel of Record (via ECF)