US District Court
Eastern District of New York
Alternative Dispute Resolution Program

MEDIATION REPORT

Our records indicate that you recently participated in a case referred to mediation authorized by EDNY Local Rule 83.8. To evaluate the performance of our Mediators, we need to know the views of those who have participated in the mediation session. This questionnaire asks about your experience in the case identified below. Your responses are confidential and will not be known to the court, the mediator, or other parties and counsel.

Please answer all questions with reference to the following case only:

**Naseer Ahmed et al.** v. **MRS Baking Distribution Corp. et al.**

Docket Number: **19-cv-03989 (DLI)(JO)**

Type of case **Employment**

Mediator **Giulio Zanolla**

Mediation Session date(s) **07/01/2020**

Name: **Brett Singer, Esq.**

Firm name: **Sim & DePaola, LLP**

Address: **42-40 Bell Blvd. Ste 201**
**Bayside, NY 11361**

Telephone: **718-281-0400**

I am Counsel for the:   Plaintiff ✔   Defendant ☐

Mediator Evaluation
Page 2

1. Overall, how helpful or detrimental was the mediation in the resolution of this case?

    Please check one response.

    ☐ 1. Very helpful.

    ☑ 2. Somewhat helpful.

    ☐ 3. It had little impact on the case.

    ☐ 4. Somewhat detrimental.

    ☐ 5. Very detrimental.

2. Was your client present at the mediation session (s)?

    ☑ 1. Yes.

    ☐ 2. No.

3. Was a Mediation Statement submitted on behalf of your client prior to the first session?

    ☑ 1. Yes

    ☐ 2. No

4. Was a settlement worked out at the mediation session (s)?

    ☐ 1. Yes

    ☑ 2. No

Mediator Evaluation
Page 3

5. Approximately how many hours did the mediation session (s) last?

   **6** hours

6. How do you rate the Mediator on each of the following points:

   |  | Poor 1 | Fair 2 | Good 3 | Very Good 4 | Excellent 5 |
   |---|---|---|---|---|---|
   | Knowledge of the law | ☐ | ☐ | ☐ | ☐ | ✔ |
   | Preparation | ☐ | ☐ | ☐ | ☐ | ✔ |
   | Fairness and Impartiality | ☐ | ☐ | ☐ | ✔ | ☐ |
   | Creative Problem Solver | ☐ | ☐ | ☐ | ☐ | ✔ |

   Comments **When there were points of contention, the mediator guided the parties back toward common ground.**

7. Was the Mediator effective in getting the parties to engage in meaningful discussion of this case?

   ✔ yes

   ☐ no

   Explain **Mediator was effective in getting each side to inch closer in terms of numbers.**

Mediator Evaluation
Page 4

8. Check which of the following skills the Mediator possessed:

- [x] (a) ability to listen actively.
- [x] (b) ability to analyze problems, identify and separate the issues involved and frame these issues for solution or decision making.
- [x] (c) ability to use clear neutral language in speaking.
- [ ] (d) sensitivity to strongly felt values of the participants, including gender, ethnic, and cultural differences.
- [x] (e) ability to deal with complex factual materials.
- [x] (f) presence and persistence. Ability to create and maintain control of a diverse group of disputants.
- [x] (g) ability to earn trust and maintain acceptability.
- [ ] (h) ability to screen out non-mediatable issues.
- [x] (i) ability to help parties to invent creative options.
- [x] (j) ability to help parties assess their non-settlement alternatives.
- [x] (k) ability to help the parties assess their own informed choices.

9. Would you recommend this Mediator?

| Not at all | Reluctantly | Somewhat | Highly |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| ☐ | ☐ | ☐ | ☒ |

Any comments or suggestions you may have about the mediator or the mediation program or its application to this case are welcome. Thank You.

Please return this questionnaire to:

Robyn Weinstein, ADR Administrator
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
nyed_adr@nyed.uscourts.gov
Phone: (718) 613-2578