

Matthew Cohen
Mcohen@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

August 12, 2020

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1227 South
Brooklyn, New York 11201

        **Re:**    *Naseer Ahmed v. MRS Baking Distribution Corp., et. al.*
                **Case No. 19-cv-03989 (DLI)(JO)**

Dear Judge Orenstein:

      We are counsel for Defendants MRS Baking Distribution Corp., Ira Lampert, and Steve Borg in the above-referenced matter. We write, jointly with counsel for Plaintiff, to respectfully request that this matter be scheduled for a Settlement Conference before Your Honor and that the deadline to complete discovery, currently scheduled for August 14, 2020, be adjourned until a date that is two (2) weeks after the Settlement Conference is held to provide the parties with an opportunity to potentially avoid the cost of depositions if the matter can be resolved at the Settlement Conference.

                                                  Respectfully submitted,
                                                  Kaufman Dolowich & Voluck, LLP

                                                  Matthew Cohen

cc:      All Counsel of Record (via ECF)